THE TOWN OF GOSHEN, Respondent, *v.* THEODORE SMITH et al.,
Appellants.

*Town of Goshen* v. *Smith,* 61 App. Div. 461, affirmed.
(Argued December 17, 1902; decided January 6, 1903.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the second judicial department, entered
June 6, 1901, affirming a judgment in favor of plaintiff
entered upon a verdict directed by the court.

*Henry Bacon* for appellants.

*M. N. Kane* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT and
HAIGHT, JJ. Absent: CULLEN and WERNER, JJ.

---

GEORGE M. SWEEZEY, as Sheriff of Wayne County, Appel-
lant, *v.* CORNELIA LEGG, Respondent.

*Sweezey* v. *Legg,* 39 App. Div. 655, affirmed.
(Argued December 17, 1902; decided January 6, 1903.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the fourth judicial department, entered
April 13, 1899, affirming a judgment in favor of defendant
entered upon a verdict and an order denying a motion for a
new trial.

*William Roe* for appellant.

*De Lancey Stow* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT and
HAIGHT, JJ. Absent: CULLEN and WERNER, JJ.